# EXHIBIT F

# Mobile Data Technologies

# v.

# Samsung*

---

## Asserted U.S. Patent No. 9,032,039

"Method, apparatus and system for management of information content for enhanced accessibility over wireless communication networks"

---

## Plaintiff's Claim Charts

## Exhibit F

*Infringement by both Samsung defendants is evidenced in similarly, so that there is only one chart per patent as to the Complaint.

This claim chart is based on publicly available information regarding Defendants' products. Plaintiff will be seeking Defendants' internal documentation, including without limitation technical documentation such as schematics and datasheets as well as source, in discovery and therefore Plaintiff reserves the right to amend or further supplement this claim chart in accordance with the Court's schedule and local patent rules.

The term "Accused Products" herein means the same as in the Complaint, which is hereby incorporated by reference.

This claim chart specifically addresses infringement of Claim 18 ("Asserted Claim") of the '039 Patent by Defendants' Accused Products, and merely demonstrates one way in which Defendants infringe this claim of the '039 Patent.

These charts provide representative examples of direct infringement. To the extent that the charts reference Accused Products utilized by third-parties, Plaintiff's infringement assertion is still one of direct infringement because either a single Defendant is responsible for all accused functionality, or a plurality of Defendants constitute a joint enterprise that direct or control other Defendant(s)'s performance of the accused functionality. *See, e.g.*, *Akamai Technologies, Inc. v. Limelight Networks, Inc.*, 797 F.3d 1020 (2015).

These charts show literal infringement. However, Plaintiff has additionally asserted infringement under the doctrine of equivalents. To the extent that the Accused Products are found to not literally infringe the express terms of the claims in suit, the elements of the Accused Products and the claimed elements of the patented invention are equivalent and Defendant infringements under the doctrine of equivalents. Plaintiff does not waive its assertions under the doctrine of equivalents.

Although Plaintiff will provide its damages information at the date set by the Court,, Plaintiff makes clear that it is also seeking damages based on convoyed sales.

A mobile device comprising:

at least one processing element comprising a processor coupled to a memory; and

at least one network interface;

- The exemplary Samsung S24 smart phone has a processing element coupled to a memory, and at least one network interface.



https://www.samsung.com/us/smartphones/galaxy-s24/buy/galaxy-s24-256gb-unlocked-sm-s921uzyexaa/
Galaxy S24 Specifications
Date acquired: 2/9/2024

Claim 18, Element (A) - The Accused Products literally infringe this claim element. Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

3

| '039 Patent<br>Claim: 18 – Element (B) | |
|---|---|
| said at least one processing element being configured to:<br><br>capture content at the mobile device;<br><br>• Samsung galaxy mobile devices (e.g. the Galaxy S24) have processors that are configured to capture content at the mobile device via at least one camera integrated into the device. | <br><br>https://www.samsung.com/us/smartphones/galaxy-s24/buy/galaxy-s24-256gb-unlocked-sm-s921uzyexaa/<br>Galaxy S24 Specifications<br>Date acquired: 2/9/2024 |

4

Claim 18, Element (B) - The Accused Products literally infringe this claim element.  Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

'039 Patent

Claim: 18 – Element (C1)

**identify a previously established application-based information channel into which the captured content is to be inserted**, the identified application-based information channel permitting interaction between a user of the mobile device and one or more additional users;

- The app "**Samsung Members**" comes pre-installed on the Samsung S24 phone.

- "Samsung Members" is a previously established Samsung-operated information channel where Samsung mobile device users can post and share content with each other.

- The Samsung Members app allows users to participate in the "Samsung Members Community."

https://ss7.vzw.com/is/content/VerizonWireless/samsung-galaxy-s21-userguide-01202021pdf
Galaxy S24 User Manual
Date acquired: 2/9/2024

https://www.samsung.com/global/galaxy/apps/samsung-members/
Step into the Samsung Members Community
Date acquired: 2/9/2024

https://us.community.samsung.com/t5/Samsung-Community/ct-p/us?page=1&tab=recent_topics
Welcome to the Samsung Members Community
Date acquired: 2/12/2024

5

Claim 18, Element (C1) - The Accused Products literally infringe this claim element. Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

'039 Patent

Claim: 18 – Element (C2)

identify a previously established application-based information channel into which the captured content is to be inserted, the identified application-based information channel permitting interaction between a user of the mobile device and one or more additional users;

- The "Samsung Members Community" is an application-based information channel that allows different users of Galaxy mobile devices to interact via commentary and posting of media.




https://us.community.samsung.com/t5/Creator/Burj-Khalifa/m-p/2751579#M4937
Original topic: Burj Khalifa
Date acquired: 2/12/2024

6

Claim 18, Element (C2) - The Accused Products literally infringe this claim element. Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

Claim: 18 – Element (D)

determine information associated with at least one wireless networking functionality of the mobile device;

- The processor is configured to determine information associated with at least one messaging action implementable over a wireless network.

- For example, the processor in a Galaxy mobile phone can determine information(e.g. username, date, time, Group) that is associated with a messaging action performed by a user (Tom383) while messaging other users via the Samsung Members Community.



https://us.community.samsung.com/t5/Creator/Burj-Khalifa/m-p/2751579#M4937
Original topic: Burj Khalifa
Date acquired: 2/12/2024

Advantageously, the information content of a given mobile site generated in the system 10 may be configured so as to integrate therewith information associated with at least one wireless networking functionality of the wireless network 12. This information may be determinable based at least in part on one or more parameters associated with the above-noted mobile information channels or M-channels. Examples of such information include information specifying at least one messaging action implementable over the wireless network, information specifying at least one collaboration action implementable over the wireless network, and information specifying at least one location-based service action implementable over the wireless network. Other types of information associated with wireless networking functionalities may also or alternatively be used.

9,032,039 patent at 5:55-65

7

Claim 18, Element (D) - The Accused Products literally infringe this claim element. Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

| '039 Patent | | |
|---|---|---|
| Claim: 18 – Element (E) | | |

provide, via said at least one network interface, the captured content from the mobile device to at least one server for insertion in association with the determined information into the identified application-based information channel; and

- The Samsung Member Community provides a "Creator" Group for Samsung mobile phone users to capture content at their mobile device and transmit the content to the others in the community via the phone's network interface.

- The content is provided to a Samsung server at us.community.Samsung.com for insertion into the application-based information channel.

https://us.community.samsung.com/t5/Creator/Burj-Khalifa/m-p/2751579#M4937
Original topic: Burj Khalifa
Date acquired: 2/12/2024

https://us.community.samsung.com/t5/Creator/Samsung-Creator-Guidelines/m-p/459827#M4
Original topic: Samsung Creator: Guidelines
Date acquired: 2/12/2024

8

Claim 18, Element (E) - The Accused Products literally infringe this claim element. Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

'039 Patent

Claim: 18 – Element (F)

receive other content, via the identified application-based information channel, from at least one of the additional users.

- Other content is received by the application-based information channel from at least one additional user in the form of comments and additional photographs.



https://us.community.samsung.com/t5/Creator/Burj-Khalifa/m-p/2751579#M4937
Original topic: Burj Khalifa
Date acquired: 2/12/2024

9

Claim 18, Element (F) - The Accused Products literally infringe this claim element. Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.