AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Texas

| | |
|---|---|
| Mobile Data Technologies LLC | ) |
| *Plaintiff* | ) |
| v. | ) |
| SAMSUNG ELECTRONICSAMERICA, INC. et al | ) |
| *Defendant* | ) |

Case No.   2:24-cv-00435-JRG-RSP

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Samsung Electronics Co., Ltd., and Samsung Electronics America, Inc.                                              .

Date:     09/26/2024

/s/ Naomi L. Birbach
*Attorney's signature*

Naomi L. Birbach 73272014
*Printed name and bar number*

Goodwin Procter LLP
620 Eighth Avenue
New York, New York 10018

*Address*

NBirbach@goodwinlaw.com
*E-mail address*

(212) 459-7374
*Telephone number*

(617) 801-8784
*FAX number*