**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| MOBILE DATA TECHNOLOGIES LLC, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:24-cv-00435-JRG-RSP |
| | § | |
| SAMSUNG ELECTRONICS CO., LTD. | § | |
| and SAMSUNG ELECTRONICS | § | |
| AMERICA, INC., | § | |
| | § | |
| *Defendants.* | § | |

**ORDER**

Before the Court is the Unopposed Motion to Expedite Briefing on Samsung's Motion for Relief from Protective Order filed by Defendants Samsung Electronics Co., Ltd. And Samsung Electronics America, Inc. **Dkt. No. 46.** After consideration, and noting its unopposed nature, the Motion is **GRANTED**.

It is **ORDERED** that Plaintiff's response deadline to Defendants' Motion for Relief from Protective Order (Dkt. No. 45) is expedited to June 6, 2025, at noon.

**SIGNED this 30th day of May, 2025.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE